PER CURIAM.
Affirmed. Yarbrough v. Ball U-Drive System, Inc., Fla. 1950, 48 So.2d 82; Crane v. Simpson, Fla.App.1968, 213 So.2d 299; Holman v. Ford Motor Company, Fla.App.1970, 239 So.2d 40; Bill Kelley Chevrolet, Inc. v. Kerr, Fla.App.1972, 258 So.2d 280; Seaboard Coast Line Railroad Company v. McKelvey, Fla.App.1972, 259 So.2d 777; Potashnick-Badgett Dredging, Incorporated v. Whitfield, Fla.App. 1972, 269 So.2d 36; Nelson v. Ford Motor Company, 5th Cir. 1972, 469 F.2d 261.